**Order filed November 5, 2015**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-15-00614-CV
_____

## MAXIM CRANE WORKS, L.P., Appellant

## V.

## BERKEL & COMPANY CONTRACTORS, INC., Appellee

**On Appeal from the 149th District Court**
**Brazoria County, Texas**
**Trial Court Cause No. 75576-CV**

## O R D E R

Appellant's brief was due October 22, 2015**.** No brief or motion for extension of time has been filed.

Unless appellant files a brief with this court on or before **November 25, 2015**, the court will dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

PER CURIAM